UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2008 JUN 18 P 2: 18

BY DEPUTY CLERK

JO ANNA CANZONERI                               CIVIL ACTION

VERSUS

GEORGE W. BUSH, ET AL                           NO. 08-318-B-M2

## ORDER

Upon further review of the record relative to the above-captioned matter, it has come to the Court's attention that plaintiff, Jo Anna Canzoneri, has filed an essentially identical case to the present matter (with the exception of a few different defendants) in the United States District Court for the Eastern District of Wisconsin on May 28, 2008, as well as in at least six other federal district courts over the past three (3) weeks. On June 4, 2008, Judge J.P. Stadtmueller issued an Order dismissing Canzoneri's action in the Eastern District of Wisconsin without prejudice. *See, Canzoneri, et al v. George W. Bush, et al*, 08-CV-469 (E.D. Wisc. June 4, 2008) [D.E. 7]. The Court has reviewed Judge Stadtmueller's Order and hereby adopts his reasoning with respect to the disposition of the above-captioned matter.

Accordingly;

**IT IS ORDERED** that the complaint (R. Doc. 1) filed by plaintiff, Jo Anna Canzoneri, is hereby **DISMISSED WITHOUT PREJUDICE**, consistent with Judge Stadtmueller's Order, a copy of which is attached.

**IT IS FURTHER ORDERED** that the plaintiff's Motion to Proceed In Forma Pauperis (R. Doc. 2) is **DENIED**.

**IT IS FURTHER ORDERED** that this Court's Order dated June 10, 2008 (R. Doc.

3), directing plaintiff to show cause why this action should not be dismissed or transferred on the ground of improper venue, is hereby **VACATED** as a result of the issuance of this Order dismissing plaintiff's case.

Baton Rouge, Louisiana, June __17__, 2008.

_____
FRANK J. POLOZOLA
UNITED STATES DISTRICT JUDGE