UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



| | |
|---|---|
| JO ANNA CANZONERI | CIVIL ACTION |
| VERSUS | |
| GEORGE W. BUSH, ET AL | NO. 08-318-B-M2 |

### JUDGMENT

This action came on for consideration before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the plaintiff's complaint (R. Doc. 1) is hereby **DISMISSED WITHOUT PREJUDICE**.

Baton Rouge, Louisiana, June __/ 7__, 2008.

_____
**FRANK J. POLOZOLA**
**UNITED STATES DISTRICT JUDGE**