UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JO ANNA CANZONERI

VERSUS

GEORGE W. BUSH, ET AL

CIVIL ACTION

NUMBER 08-318-FJP-CN

### RULING

The motion of the plaintiff for reinstatement[1] is denied.[2]

IT IS ORDERED that the plaintiff is hereby advised that the Clerk of Court will no longer accept any new suits filed by the plaintiff unless the full cost of filing the suit is paid in advance.

IT IS FURTHER ORDERED that any future filings by the plaintiff for the district court to consider in this case will not be accepted by the Clerk of Court for the Middle District of Louisiana.

IT IS FURTHER ORDERED that the Court reserves the right to impose monetary and other sanctions on the plaintiff if this Court's order is violated.

Baton Rouge, Louisiana, July 15, 2008.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 7.

[2] The Court's order and judgment entered on June 18, 2008, are adopted herein by reference.

Doc#45283